```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09787
    ALLAN LYN BECK
    CYNTHIA G BECK                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-4168    SSN XXX-XX-6202
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/11/06 and confirmed on 12/07/06.

   2. The case was dismissed after confirmation, 08/03/2007.

   3. The Debtor paid a total of $   5000.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 572.43 | .00 | 572.43 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| HERITAGE LAKES CONDO ASS | SECURED | 3747.67 | .00 | 1362.77 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4320.10 | .00 | .00 | .00 | 4320.10 |
| PRINCIPAL PAID | 1935.20 | .00 | .00 | .00 | 1935.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1935.20 | .00 | .00 | .00 | 1935.20 |

The Debtor's attorney, SERPE DIZONNO LYNCH & ASSOC   , was allowed $   3000.00
and was paid $    166.00  direct and $   2834.00  through the plan.

The Trustee received $     230.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
        CASE NO. 06 B 09787 ALLAN LYN BECK & CYNTHIA G BECK
```